R. H. Browning and R. D. Beverly, late co-partners trad-
ing under the firm name and style of Browning & Bev-
erly, Plaintiffs in Error, v. The Coe-Mortimer Company,
a corporation, Defendant in Error.

A Writ of Error to the Circuit Court for St. Johns
County.

Writ of Error dismissed on motion of counsel for Plain-
tiffs in Error.

*Hilburn & Merryday,* for Plaintiffs in Error.

---

Frank Bryson and Ridgewood Park Company, a corpora-
tion, Appellants, v. Alvise Bragadin, Appellee.

An Appeal from the Circuit Court for Hillsborough
County.

Appeal dismissed on motion of counsel for Appellants.

*James F. Glen* and *Whitaker, Himes & Whitaker,* for
Appellants;

*Caraballo & Moran,* for Appellee.

---

Perry Alford, Plaintiff in Error, v. The State of Florida,
Defendant in Error.

A Writ of Error to the Circuit Court for Columbia
County.